PGS
F. #2021R1027

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ISMAEL ALFREDO
DIAZ MENDOZA,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. _____-_____(___)

**CR-24  59**

**BROWN, J.**

LINDSAY, M.J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 07 2024 ★
LONG ISLAND OFFICE

    PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant ISMAEL ALFREDO DIAZ MENDOZA's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Central Islip, New York
             February 7, 2024

                                      BREON PEACE
                                      United States Attorney
                                      Eastern District of New York
                                      Attorney for Plaintiff
                                      610 Federal Plaza
                                      Central Islip, New York 11722

                        By:    /s/_____
                                      Paul G. Scotti
                                      Assistant United States Attorney
                                      (631) 715-7836

Cc:    Clerk of the Court
        Defense Counsel